## Commonwealth *v.* Perrault, Appellant.

764

Submitted June 8, 1970. *Eugene R. Hartman*, for appellant; *Oscar F. Spicer*, District Attorney, for Commonwealth, appellee.

Order affirmed.